Exhibit A

05/18/2012 08:21 FAX 5612969966    Larry E Bray    ⌀002/004

CFN 20120202715
OR BK 25217 PG 1554
RECORDED 05/22/2012 16:07:24
Palm Beach County, Florida
AMT 10.00
Doc Stamp 0.70
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 1554 - 1556; (3pgs)

Return to:
Name: Law Offices of Larry E. Bray, P.A.
Address: 6415 Lake Worth Road, Ste. 209
Lake Worth, FL 33463

This instrument prepared by:
Name: Law Offices of Larry E. Bray, P.A.
Address: 6415 Lake Worth Road, Ste. 209
Lake Worth, FL 33463
Tax Folio No.:

THIS QUIT-CLAIM DEED, executed the 18TH day of MAY 2012
by    ANTHONY OTTIMO and CLAUDIA OTTIMO,
      husband and wife,

whose address is:  25 SAGAMORE DRIVE
                   PLAINVIEW, N.Y. 11803

first party, to   USA INTL SALES CORP

whose address is: 11380 PROSPERITY FARMS RD., STE. 221E
                  PALM BEACH GARDENS, FL 33410

second party.

WITNESSETH, that the first party, for and in consideration of the sum of $10.00 in hand paid by the said second party, the receipt whereof is hereby acknowledged, does hereby remise, release and quit claim unto the second party forever, all the right, title, interest, claim and demand which the said first party has in and to the following described lot, piece or parcel of land, situate, lying and being in the County of PALM BEACH, State of FLORIDA, to wit:

Unit No. 1705 of Gleneagles Condominium I, a Condominium, according to The Declaration of Condominium recorded in O.R. Book 4620, Page 1020, and all exhibits and amendments thereof, Public Record's of Palm Beach County, Florida.

TO HAVE AND TO HOLD the same together with all and singular the appurtenances thereunto belonging or in anywise appertaining and all the estate, right, title, interest, lien, equity and claim whatsoever of the said first party, either in law or equity to the only proper use, benefit and behoof of the said second party forever.

**IN WITNESS WHEREOF**, the said first party has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_____
Witness Signature

TOSHA LANIER
Printed Name

_____
Grantor Signature

CLAVDIA OTTIMO
Printed Name

_____
Witness Signature

_____
Printed Name

_____
Witness Signature

TOSHA LANIER
Printed Name

_____
Grantor Signature

Anthony Ottimo
Printed Name

_____
Witness Signature

_____
Printed Name

**STATE OF NEW YORK**
**COUNTY OF NASSAU**

I HEREBY CERTIFY that on this day, before me, an officer duly authorized to administer oaths and take acknowledgments, personally appeared ____Anthony Ottimo____ known to me to be the person described in and who executed the foregoing instrument, who acknowledged before me that he executed the same, and an oath was not taken. Said person ✓ is personally known to me or _____ provided the following type of identification: _____.

Witness my hand and official seal in the County and State last aforesaid this _18TH_ day of ___MAY___ 2012

My Commission Expires:
**BRADLEY D SCHNUR**
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SC6001791
Qualified in Nassau County
My Commission Expires January 26, 20_14_

_____
Notary Public

**STATE OF NEW YORK**
**COUNTY OF NASSAU**

I HEREBY CERTIFY that on this day, before me, an officer duly authorized to administer oaths and take acknowledgments, personally appeared ____Claudia Ottimo____ known to me to be the person described in and who executed the foregoing instrument, who acknowledged before me that she executed the same, and an oath was not taken. Said person is personally known to me or _____ provided the following type of identification:_____.

Witness my hand and official seal in the County and State last aforesaid this __18th__ day of __MAY__ 2012

My Commission Expires:
BRADLEY D SCHNUR
NOTARY PUBLIC STATE OF NEW YORK
No. 02SC6081791
Qualified in Nassau County
My Commission Expires January 26, 20_14_

_____
Notary Public